**So Ordered.**

*Patricia C. Williams*
Patricia C. Williams
Bankruptcy Judge

**Dated: August 30th, 2012**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re: )
) NO. 11-05914-PCW13
SCHULTZ, ANNETTE )
) ORDER ON OBJECTION TO
) HSBC BANK'S CLAIM
)
Debtor. )
)

IT IS ORDERED that the Claim of HSBC Bank Nevada, N.A. YAMAHA, Claim Docket No. 12 in this Chapter 13 Bankruptcy Proceeding is allowed in the secured amount of $0.00 and the unsecured amount of $1,638.71.

///End of Order///

Presented by:

/s/ Gregory R. Heline
GREGORY R. HELINE
Attorney for Debtor

GREGORY R. HELINE & ASSOCIATES
LAW OFFICE
1903 N. ASH STREET
SPOKANE, WASHINGTON 99205
(509) 326-4910
FAX (509) 326-7525

11-05914-FPC13    Doc 50    Filed 08/30/12    Entered 08/31/12 11:44:04    Pg 1 of 1